**Andrew G. Patel**
Attorney-at-Law
15 Chester Ave
White Plains, New York 10601
Apatel@apatellaw.com                                    Telephone 212-349-0230

**By Email and ECF**

3/14/23

                                        March 14, 2023

                                        APPLICATION GRANTED
                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti, U.S.D.J.

                                        Dated: 3/14/23
                                        White Plains, NY

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                        Re:    United States v. Ronald Leon
                               18 Cr. 237 (VB)

Dear Judge Briccetti:

        This letter is respectfully submitted to request that Mr. Leon be permitted to travel
to the Dominican Republic for the month of April 2023.   The purpose of this trip is to
permit Mr. Leon to visit his elderly parents and for him to make some repairs to their home.
Should Your Honor grant this request, Mr. Leon will inform his supervising Officer of all
of his travel plans.

        United States Probation Officer Sonia Gonzalez has informed me that she consents
to this request.   Assistant United States Attorney Michael D. Maimin has informed me
that the Government takes no position on this request.

                                Respectfully submitted,

                                _____/s/Andrew Patel_____
                                Andrew G. Patel

cc:    Sonia Gonzalez
       United States Probation Officer (by email)

       Michael D. Maimin
       Assistant United States Attorney (by email and ECF)